HON. JUDGE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

RANDOLFF SCOTT RUFFELL WESTOVER and ANDREA WESTOVER, husband and wife, and the marital community composed thereof,

Plaintiffs,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,

Defendant.

No. 3:20-cv-05931-BHS

[PROPOSED] ORDER DENYING PROVIDENT'S MOTION TO DISMISS FOR ERISA PREEMPTION

NOTE ON MOTION CALENDAR: April 16, 2021

This matter comes before the Court on Provident's motion to dismiss regarding its affirmative defense of ERISA preemption. The Court has considered the motion, the exhibits thereto, the Westovers' opposition, and Provident's reply. It is hereby ORDERED that Provident's motion is DENIED.

Dated this ___ day of _____, 2021.

_____
THE HONORABLE BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

  /s McKean J. Evans
    McKean J. Evans, WSBA #52750

[PROPOSED] ORDER DENYING
PROVIDENT'S MOTION TO DISMISS FOR
ERISA PREEMPTION
(No. 3:20-cv-05931-BHS) - 1

Ruiz & Smart PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

1
2  Isaac Ruiz, WSBA #35237
   McKean J. Evans, WSBA #52750
3  RUIZ & SMART
   1200 Fifth Ave., Ste. 1220
4  Seattle, WA 98101
   Tel. 206-203-9100
5  Fax. 206-785-1702
   iruiz@plaintifflit.com
6  mevans@plaintifflit.com

7  Counsel for Plaintiffs Randolff Scott Ruffell
   Westover and Andrea Westover
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

[PROPOSED] ORDER DENYING
PROVIDENT'S MOTION TO DISMISS FOR
ERISA PREEMPTION
(No. 3:20-cv-05931-BHS) - 2

**Ruiz & Smart PLLC**
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702